Oleniacz Unemployment Compensation Case.

Argued November 10, 1965. *Marlene V. Oleniacz*, claim-

ant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.